**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY;<br><br>Plaintiff,<br>vs.<br><br>BOBBY MILTON HOLMES, individually; KAYLA MICHAEL, individually; JAMES LASSITER, individually; and LAS VEGAS PARKING, INC., individually; a Domestic Corporation; DIGNITY HEALTH d/b/a ST. ROSE DOMINICAN HOSPITAL—SIENA CAMPUS, a Foreign Nonprofit Corporation; COMMONSPIRIT HEALTH, a Foreign Nonprofit Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-01163-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 26]**<br><br>**(SECOND REQUEST)** |

Plaintiff UNITED FINANCIAL CASUALTY COMPANY, by and through its attorney, WILLIAM H. PRUITT, ESQ., of the law firm of BARRON & PRUITT, LLP; and Defendants LAS VEGAS PARKING and KAYLA MICHAEL, by and through their attorney, THOMAS CHIRSTENSEN, ESQ., of the law firm of CHRISTENSEN LAW OFFICES, LLC, and Defendant BOBBY MILTON HOLMES by and through his attorney, TYLER BIXBY, ESQ., of the law firm of BLACKBURN WIRTH, LLP and Defendants JAMES LASSITER, DIGNITY HEALTH and COMMONSPIRIT HEALTH by and through their attorney LORES S. YOUNG, ESQ., of the law firm of LINCOLN, GUSTAFSON, & CERCOS, LLP, hereby submit the following Stipulation and Order to extend the due date for Plaintiff's response to Defendants' Motion to Dismiss.

On July 6, 2026, Defendants Las Vegas Parking and Kayla Michael filed their Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief (ECF No. 26). On July 15, 2026, Defendant Bobby Milton Holmes filed his Joinder to Defendants Las Vegas Parking and Kayla Michael's Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief (ECF No. 30). On August 27, 2026 Defendants James Lassiter. Dignity Health, and Commonspirit Health file their Joinder to Defendants Las Vegas Parking and Kayla Michael's Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief (ECF No. 33). The current deadline for Plaintiff's response to Defendants' Motion to Dismiss is August 3, 2026.

The parties have conferred and stipulated that Plaintiff shall have an extension of two (2) weeks, up to and including August 17, 2026, to file its response to Defendants' Motion to Dismiss and Joinder. Good cause exists for the requested extension because Plaintiff's counsel is currently engaged in trial in another matter, which has limited counsel's ability to prepare a complete and thorough response to the Motion to Dismiss. Moreover, Defendant Las Vegas Parking is in the process of sending additional documents to Plaintiff that are potentially relevant the Plaintiff's Opposition. Accordingly, Plaintiff requests another brief two-week extension to adequately address the issues raised in the Motion.

The requested extension is made in good faith and not for the purpose of undue delay or prejudice to any party.

DATED this 29th of July, 2026.
BARRON & PRUITT, LLP

*/s/ William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R, MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Plaintiff United Financial Casualty Company*

DATED this 29th of July, 2026.
CHRISTENSEN LAW

*/s/ Thomas Christensen*
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
*Attorneys for Defendants Las Vegas Parking, Inc, and Kayla Michael*

Dated this 29th day of July, 2026

BLAKBURN WIRTH, LLP

/s/ _Tyler Bixby________
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Rd.
Ste. 150
*Attorneys for Defendant Bobby Holmes*

DATED this 29th of July, 2026.
LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ _Loren S. Young________
LOREN YOUNG, ESQ.
Nevada Bar No. 7576
7670 W. Lake Mead Blvd.
Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendants James Lassiter, Dignity Health, and Commonspirit Health*

**ORDER**

**IT IS HEREBY ORDERED** that, based upon the stipulation of the parties, and with good cause appearing, the deadline for Plaintiff's response to Defendants' Motion to Dismiss (ECF No. 26) in the above referenced matter is extended to August 17, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2026