**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>BOBBY MILTON HOLMES, individually; KAYLA MICHAEL, individually, JAMES LASSITER, individually; LAS VEGAS PARKING, INC., individually; a Domestic Corporation; DIGNITY HEALTH d/b/a ST. ROSE DOMINICAN HOSPITAL--SIENA CAMPUS, a Foreign nonprofit Corporation; COMMONSPIRIT HEALTH, a Foreign Nonprofit Corporation; DOES I-XX, inclusive and ROE CORPORATIONS I-XX, inclusive,<br>Defendants. | Case No.: 2-26-cv-01163-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DUE DATE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 26]**<br>**(FIRST REQUEST)** |

Defendants Las Vegas Parking, Inc. ("LV Parking"), and Kayla Michael, by and through its counsel, THOMAS CHRISTENSEN, ESQ., of the law firm of CHRISTENSEN LAW OFFICES, LLC, Plaintiff UNITED FINANCIAL CASUALTY COMPANY ("UFCC"), by and through its counsel WILLIAM H. PRUITT, ESQ., of the law firm of BARRON & PRUITT, LLP; Defendant BOBBY MILTON HOLMES by and through his attorney, TYLER BIXBY, ESQ., of the law firm of BLACKBURN WIRTH, LLP and Defendants JAMES LASSITER, DIGNITY HEALTH and COMMONSPIRIT HEALTH by and through their attorney LOREN S. YOUNG, ESQ., of the law firm of LINCOLN, GUSTAFSON, & CERCOS, LLP, hereby

submit the following Stipulation and Order to extend the due date for Defendants Las Vegas Parking and Kayla Michael's Reply in support of Motion to Dismiss.

On July 6, 2026, Defendants Las Vegas Parking and Kayla Michael filed their Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief (ECF No. 26). On July 15, 2026, Defendant Bobby Milton Holmes filed his Joinder to Defendants Las Vegas Parking and Kayla Michael's Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief (ECF No. 30). On August 27, 2026 Defendants James Lassiter. Dignity Health, and Commonspirit Health file their Joinder to Defendants Las Vegas Parking and Kayla Michael's Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief (ECF No. 33). The parties thereafter stipulated to extend the time for Plaintiff's Response to Defendants' Motion to Dismiss and it was then filed on August 17, 2026 (ECF No. 36). Without extension, the Defendants' response in support of the Motion to Dismiss is due August 24, 2026.

The parties have conferred and stipulated that Defendants shall have an extension up to and including September 8, 2026 to file their reply in support of Motion to Dismiss and Joinder. Good cause exists for the requested extension because Defendant LVP and Michael's counsel is currently on a pre-planned trip away from the office and also just received extensive initial disclosures, which are potentially relevant to the Defendants' Reply. The requested extension is made in good faith and not for the purpose of undue delay or prejudice to any party.

Dated this 24th day of August, 2026

CHRISTENSEN LAW OFFICES, LLC
/s/Thomas Christensen
THOMAS F. CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, NV 89107
courtnotices@injuryhelpnow.com
Attorneys for Defendant Las Vegas Parking

BARRON & PRUITT, LLP
/s/William Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, NV 89031
bpruitt@lvnvlaw.com
Attorneys for Plaintiff UFCC

BLACKBURN WIRTH, LLP
*/s/Tyler Bixby*
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Rd. Ste. 150
Las Vegas, Nevada 89148
tyler@blackburnwirth.com
Attorneys for Defendant Bobby Holmes

LINCOLN, GUSTAFSON & CERCOS,LLP
*/s/ Loren Young*
LOREN YOUNG, ESQ.
Nevada Bar No. 7576
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
lyoung@lgclawoffice.com
Attorneys for Defendants Lassiter/Dignity Health

**ORDER**

IT IS HEREBY ORDERED that, based upon the stipulation of the parties, and with good cause appearing, the deadline for Defendants' Reply in support of Motion to Dismiss (ECF No. 26) in the above referenced matter is extended to September 8, 2026.

Anne R. Traum
United States District Judge

Dated: August 25, 2026